

**FILED**

APR 19 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, | Case No. 2:12-mj-0101 GGH |
| Plaintiff, | **UNDER SEAL** |
| v | ORDER UNSEALING CRIMINAL COMPLAINT |
| MICHAEL LOTT, aka "Miami the Most," MAJOR NORTON, aka "Dubee," LAWRENCE KENNEDY NELSON, aka "Bodine," GAYLORD FRANKLIN, aka "Geezy," CLIFFORD BULLOCK, aka "Black," NARCO McFARLAND, Sr., LATROY CUNNINGHAM, ERIC ROBINSON, aka "Pay Pay," DANTE BARBARIN, EILEEN KNIGHT, BESHIBA COOK, aka "Pebbles," BRUCE THURMON, aka "Little Bruce," DAMIAN PETERSON, and MIKEL BROWN, | |
| Defendants. | |

O R D E R

Pursuant to Local Rule 141(f) and based upon the Government's Motion to Unseal the Criminal Complaint, **IT IS HEREBY ORDERED** that the Criminal Complaint and Affidavit in support of the Criminal Complaint in Mag. No. 2:12-mj-0101 GGH be, and is, hereby ordered **UNSEALED**.

IT IS SO ORDERED.

DATED: April 19, 2012

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE