1 Michael E. Hansen [SBN 191737]
  Attorney at Law
2 711 Ninth Street, Suite 100
  Sacramento, CA  95814
3 916.438.7711 FAX 916.864.1359

4 Attorney for Defendant
  MAJOR NORTON

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>MICHAEL LOTT, et al.,<br><br>　　　　　　　　Defendants. | Case No. 2:12-cr-00169-MCE<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT** |

　　　IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Jason Hitt, Assistant United States Attorney, attorney for plaintiff; Michael Hansen, attorney for defendant Major Norton; Clyde Blackmon, attorney for defendant Michael Lott; Dan Koukol, attorney for defendant Lawrence Nelson; Olaf Hedberg, attorney for defendant Gaylord Franklin; Hayes Gable, attorney for defendant Clifford Bullock; Kelly Babineau, attorney for defendant Eric Robinson; Gilbert Roque, attorney for defendant Dante Barbarin; Christopher Haydn-Myer, attorney for defendant Eileen Knight; Robert Holley, attorney for defendant Damian Peterson; and Ronald Peters, attorney for Mikel Brown, that the previously-scheduled status conference date of February 21, 2013, be vacated and the matter set for status conference on April 11, 2013, at 9:00 a.m.

　　　This continuance is requested to allow counsel additional time to review discovery with the defendants, to examine possible defenses and to continue investigating the facts of the case.

Also, it is anticipated that a status conference will be scheduled in related case number 2:11-CR-00190 MCE on April 11, 2013, at 9:00 a.m.

The Government concurs with this request.

Further, the parties agree and stipulate the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendants in a speedy trial and that time within which the trial of this case must be commenced under the Speedy Trial Act should therefore be excluded under 18 U.S.C. section 3161(h)(7)(B)(iv), corresponding to Local Code T-4 (to allow defense counsel time to prepare), from the date of the parties' stipulation, February 15, 2013, to and including April 11, 2013.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated: February 15, 2013              Respectfully submitted,

                                      /s/ Michael E. Hansen
                                      MICHAEL E. HANSEN
                                      Attorney for Defendant
                                      MAJOR NORTON

Dated: February 15, 2013              /s/ Michael E. Hansen for
                                      CLYDE BLACKMON
                                      Attorney for Defendant
                                      MICHAEL LOTT

Dated: February 15, 2013              /s/ Michael E. Hansen for
                                      DAN KOUKOL
                                      Attorney for Defendant
                                      LAWRENCE NELSON

Dated: February 15, 2013              /s/ Michael E. Hansen for
                                      OLAF HEDBERG
                                      Attorney for Defendant
                                      GAYLORD FRANKLIN

Dated: February 15, 2013              /s/ Michael E. Hansen for
                                      HAYES GABLE, III
                                      Attorney for Defendant
                                      CLIFFORD BULLOCK

Dated: February 15, 2013              /s/ Michael E. Hansen for
                                      KELLY BABINEAU
                                      Attorney for Defendant
                                      ERIC ROBINSON

Dated: February 15, 2013              /s/ Michael E. Hansen for
                                      GILBERT ROQUE
                                      Attorney for Defendant

|    |                               |                                                                                              |
|----|-------------------------------|----------------------------------------------------------------------------------------------|
| 1  |                               | DANTE BARBARIN                                                                               |
| 2  |                               |                                                                                              |
| 3  | Dated:  February 15, 2013     | /s/ Michael E. Hansen for                                                                    |
| 4  |                               | CHRISTOPHER HAYDN-MYER<br>Attorney for Defendant<br>EILEEN KNIGHT                            |
| 5  |                               |                                                                                              |
| 6  | Dated:  February 15, 2013     | /s/ Michael E. Hansen for<br>ROBERT HOLLEY<br>Attorney for Defendant                         |
| 7  |                               | DAMIAN PETERSON                                                                              |
| 8  | Dated:  February 15, 2013     | /s/ Michael E. Hansen for<br>RONALD PETERS                                                   |
| 9  |                               | Attorney for Defendant<br>MIKEL BROWN                                                        |
| 10 |                               |                                                                                              |
| 11 | Dated:  February 15, 2013     | BENJAMIN B. WAGNER<br>United States Attorney                                                 |
| 12 |                               | By:  /s/ Michael E. Hansen for                                                               |
| 13 |                               | JASON HITT<br>Assistant U.S. Attorney<br>Attorney for Plaintiff                              |

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. § 3161. In addition, the Court specifically finds that the failure to grant a continuance in this case would deny defense counsel to this stipulation reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, February 15, 2013, to and including April 11, 2013, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), and Local Code T4 (reasonable time for defense counsel to prepare). It is further ordered that the February 21, 2013, status conference shall be continued until April 11, 2013, at 9:00 a.m.

**IT IS SO ORDERED**.

Dated: February 21, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE