The Law Office of Olaf W. Hedberg
Olaf W. Hedberg, State Bar #151082
901 H St., Suite 673
Sacramento, California 95814
(916) 447-1192 office
1-412-774-3537 fax
o.hedberg@sbcglobal.net

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF

CALIFORNIA

THE UNITED STAES OF AMERICA

V.

MICHAEL LOTT

Case Number: 2:12-cr-00169 MCE

**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT**

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Jason Hitt, Assistant United States Attorney, attorney for plaintiff; Michael Hansen, attorney for defendant Major Norton; V. Rooy Lefcourt, attorney for defendant Lawrence Nelson; Olaf Hedberg, attorney for defendant Gaylord Franklin; Clyde Blackmon, attorney for Michael Lott; David Fischer, attorney for Narco McFarland; Hayes Gable, attorney for Clifford bullock; Scott Cameron, attorney for Latroy Cunningham; Gilbert Roque, Attorney for Dante Barabian, Chris Haydn-Myer, Attorney for Eileen Knight; Ronald Peters, attorney for Mikel Brown;  Kelly Babineau, attorney for defendant Eric Robinson; and Robert Holley,

attorney for defendant Damian Peterson, that the previously-scheduled status conference date of April 11, 2013, be vacated and the matter set for status conference on May 30, 2013, at 9:00 a.m.

This case involves thousands of wiretap calls and voluminous discovery in the form of reports. As such, this continuance is requested to allow counsel additional time to review this discovery and review it with their clients, to examine possible defenses and to continue investigating the facts of the case. Also, a status conference is presently scheduled in related case number 2:11-CR-00190 MCE on May 30, 2013, at 9:00 a.m.

The Government concurs with this request.

Further, the parties agree and stipulate the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendants in a speedy trial and that time within which the trial of this case must be commenced under the Speedy Trial Act should therefore be excluded under 18 U.S.C. section 3161(h)(7)(B)(iv), corresponding to Local Code T-4 (to allow defense counsel time to prepare), from the date of the parties' stipulation, April 9, 2013, to and including May 30, 2013.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated: April 9, 2013              Respectfully submitted,
                                  /s/ Olaf W. Hedberg for
                                  MICHAEL E. HANSEN
                                  Attorney for Defendant
                                  MAJOR NORTON

Dated: April 9, 2013              /s/ Olaf W. Hedberg for
                                  V. Rooy Lefcourt
                                  Attorney for Defendant
                                  LAWRENCE NELSON

| | |
|---|---|
| Dated: April 9, 2013 | /s/ Olaf W. Hedberg for<br>OLAF HEDBERG<br>Attorney for Defendant<br>GAYLORD FRANKLIN |
| Dated: April 9, 2013 | /s/ Olaf W. Hedberg for<br>CLYDE BLACKMON<br>Attorney for Defendant<br>MICHAEL LOTT |
| Dated: April 9, 2013 | /s/ Olaf W. Hedberg for<br>KELLY BABINEAU<br>Attorney for Defendant<br>ERIC ROBINSON |
| Dated: April 9, 2013 | /s/ Olaf W. Hedberg for<br>DAVID FISCHER<br>Attorney for Defendant<br>NARCO MCFARLAND |
| Dated: April 9, 2013 | /s/ Olaf W. Hedberg for<br>ROBERT HOLLEY<br>Attorney for Defendant<br>DAMIAN PETERSON |
| Dated: April 9, 2013 | /s/ Olaf W. Hedberg for<br>HAYES GABLE<br>Attorney for Defendant<br>CLIFFORD BULLOCK |
| Dated: April 9, 2013 | /s/ Olaf W. Hedberg for<br>SCOTT CAMEON<br>Attorney for Defendant<br>LATROY CUNNINGHAM |

Dated: April 9, 2013                /s/ Olaf W. Hedberg for
                                    GILBERT ROQUE
                                    Attorney for Defendant
                                    DANTE BARABIAN

Dated April 9, 2013                 /s/ Olaf W. Hedberg for
                                    CHRIS HAYDN-MYER
                                    Attorney for Defendant
                                    EILEEN KNIGHT

Dated April 9, 2013                 /s/ Olaf W. Hedberg for
                                    RON PETERS
                                    Attorney for Defendant
                                    MIKEL BROWN

Dated: April 9, 2013                 BENJAMIN B. WAGNER
                                    United States Attorney
                                    By: /s/ Olaf W. Hedberg for
                                    JASON HITT
                                    Assistant U.S. Attorney
                                    Attorney for Plaintiff

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing there from, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. section 3161. In addition, the Court specifically finds that the failure to grant a continuance in this case would deny defense counsel to this stipulation reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, April 9, 2013, to and including May 30, 2013, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. section 3161(h)(7)(B)(iv), and Local Code T4 (reasonable time for defense counsel to prepare). It is further ordered that the April 11, 2013, status conference shall be continued until May 30, 2013, at 9:00 a.m.

**IT IS SO ORDERED**.

DATED:  April 12, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE