McGREGOR W. SCOTT
United States Attorney
JASON HITT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

Attorneys for Respondent

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:12-CR-00169-MCE |
| Plaintiff/Respondent, | |
| v. | ORDER GRANTING MOTION FOR SECOND EXTENSION OF TIME |
| MICHAEL LOTT, | |
| Defendant/Petitioner. | |

On September 10, 2019, Respondent requested an additional 30-day extension of time to file a response to Defendant's motion pursuant to 18 U.S.C. § 3582(c)(2).

IT IS HEREBY ORDERED, that Respondent's request for a 30-day extension is granted. The response is now due October 9, 2019.

IT IS SO ORDERED.

Dated: September 13, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1